IRA L. GOTTLIEB (Bar No. 103236)
igottlieb@bushquinonez.com
DAVID ADELSTEIN (Bar No. 105250)
dadelstein@bushquinonez.com
DAVID E. AHDOOT (Bar No. 245133)
dadhoot@bushquinonez.com
BUSH GOTTLIEB SINGER LÓPEZ
KOHANSKI ADELSTEIN & DICKINSON
A Law Corporation
3500 West Olive Avenue, Suite 1100
Burbank, California 91505-4657
Telephone:  (818) 973-3200
Facsimile:  (818) 973-3201

Attorneys for Plaintiff
GRAPHIC COMMUNICATIONS CONFERENCE -
INTERNATIONAL  BROTHERHOOD OF
TEAMSTERS, LOCAL 404M

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAPHIC COMMUNICATIONS CONFERENCE - INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 404M, an unincorporated association,<br><br>Plaintiff,<br><br>v.<br><br>THE BAKERSFIELD CALIFORNIAN, a California Corporation<br><br>Defendant. | Case No.  08-CV-00302-AWI-TAG<br><br>**STIPULATION OF PLAINTIFF AND DEFENDANT TO SHORTEN TIME FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; ORDER THEREON**<br><br>Date:  March 14, 2008<br>Time:  8:30 a.m.<br>Crtrm: 2<br>Judge:  Hon. Anthony W. Ishii |

TO THE HONORABLE ANTHONY W. ISHII, JUDGE OF THE UNITED

STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

BUSH GOTTLIEB SIN3500 Burbank, California 91505-4657& DICKINSON

Plaintiff Graphic Communications Conference - International Brotherhood of

Teamsters Local 404M [hereinafter "Local 404M"] and Defendant The Bakersfield

Californian [hereinafter "The Californian"], through their respective counsel, hereby

1  stipulate to the Court issuing an order shortening time for a hearing on Plaintiff's
2  Motion for a Preliminary Injunction, said hearing to take place on March 14, at 8:30
3  a.m, in Courtroom 2 of the above-entitled Court, based on the following schedule for
4  the filing of moving, opposition and reply papers:

5

6      1.    Plaintiff will file its motion papers electronically no later than 5:00 p.m.,
7  Monday, March 3, 2008, and will serve those papers on Defendant's Counsel by
8  electronic mail with the documents attached in PDF format, not later than March 3 at
9  5:00 p.m.

10

11      2.    Defendant will file its opposition papers electronically no later than 5:00
12  p.m., Monday, March 10, 2008, and will serve those papers on Defendant's Counsel
13  by electronic mail with the documents attached in PDF format, not later than
14  March 10 at 5:00 p.m.

15

16      3.    Plaintiff will file any reply papers electronically no later than 5:00 p.m.,
17  Wednesday, March 12, 2008, and will serve those papers on Defendant's Counsel by
18  electronic mail with the documents attached in PDF format, not later than March 3 at
19  5:00 p.m.

20

21      The parties stipulate to this order shortening time, and the requested briefing
22  schedule, in order to have the hearing on Plaintiff's Motion for Preliminary
23  Injunction heard before March 17, 2008, the date Defendant has scheduled to take
24  the actions Plaintiff Local 404M seeks to enjoin.  Plaintiff seeks to enjoin Defendant
25  from transferring certain press operations to a third party, which would result in the
26  termination of approximately seventeen of Defendant's employees represented by
27  Local 404M, pending issuance of an arbitration award resolving Local 404M's
28  grievance protesting the Defendant's planned actions, which arbitration hearing is

1  scheduled to take place on March 26, 2008, before Arbitrator Douglas Collins with
2  an arbitration award anticipated to issue approximately one month after the hearing
3  date.  Plaintiff and Defendant consent to electronic service of documents pursuant to
4  Local Rule 5-135(g).
5
6  DATED: March 3, 2008          BUSH GOTTLIEB SINGER LÓPEZ KOHANSKI
                                 ADELSTEIN & DICKINSON
7                                A Law Corporation
8
                                 By:     /s/ DAVID ADELSTEIN, ESQ.
9                                        David Adelstein
                                         David E. Ahdoot
10                                       Attorneys for Plaintiff
                                         GRAPHIC COMMUNICATIONS
11                                       CONFERENCE - INTERNATIONAL
                                         BROTHERHOOD OF TEAMSTERS, LOCAL
12                                       404M
13 Dated: March 3, 2008           LITTLER MENDELSON, P.C.
14
                                 By:     /s/ DAVID DURHAM
15                                       (as authorized on March 3, 2008)
                                         David Durham
16                                       Attorneys for Defendant
                                         THE BAKERSFIELD CALIFORNIAN
17
18                          Order Shortening Time on Stipulation
19
20      Based on the stipulation of the parties to shorten time for the hearing on
21 Plaintiff's Motion for Preliminary Injunction, and good cause appearing therefore, it
22 is hereby ordered as follows:
23
24      1.    Plaintiff's Motion for Preliminary Injunction is calendered for March 14,
25 2008, at 10 a.m., in Courtroom 2;
26
27      2.    Plaintiff will file its moving papers electronically no later than Monday,
28 March 3, 2008, and will serve those papers on Defendant's Counsel by electronic

1 mail with the documents attached in PDF format, not later than March 3 at 5:00 p.m.

2     3.    Defendant will file its opposition papers electronically no later than 4:00 p.m. on Monday, March 10, 2008, and will serve those papers on Plaintiff's Counsel by electronic mail with the documents attached in PDF format, not later than March 10 at 5:00 p.m.

    4.    Plaintiff will file any reply papers electronically no later than 4:00 p.m. on Wedensday, March 12, 2008, and will serve those papers on Defendant's Counsel by electronic mail with the documents attached in PDF format, not later than March 12 at 5:00 p.m.

IT IS SO ORDERED.

**Dated:   March 4, 2008**           _____/s/ Anthony W. Ishii_____
                                            UNITED STATES DISTRICT JUDGE