DAVID S. DURHAM, Bar No. 076296
WILLIAM F. TERHEYDEN, Bar No. 43940
GILBERT TSAI, Bar No. 247305
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:     415.433.1940

Attorneys for Defendant
THE BAKERSFIELD CALIFORNIAN

IRA LAWRENCE GOTTLIEB, Bar No. 103236
BUSH QUINONEZ, ET AL.
3500 W. Olive Avenue, #1100
Burbank, CA  91505
Telephone: 818.973.3200
Facsimile: 818.973.3201

Attorneys for Plaintiff
GRAPHIC COMMUNICATIONS CONFERENCE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAPHIC COMMUNICATIONS CONFERENCE — INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 404M, an unincorporated association,<br><br>Plaintiff,<br><br>v.<br><br>THE BAKERSFIELD CALIFORNIAN, a California corporation,<br><br>Defendant. | Case No. 08-CV-00302-AWI-TAG<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
Twentieth Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION AND PROPOSED ORDER FOR DISMISSAL    1.    CASE NO. 08-CV-00302-AWI-TAG

Subject to the approval of this Court, Plaintiff Graphic Communications Conference – International Brotherhood of Teamsters, Local 404M ("Union") and Defendant The Bakersfield Californian ("Californian"), by and through their respective counsel of record, recite and stipulate as follows:

## RECITALS

1. On March 3, 2008, the Union filed a Complaint for Preliminary Injunction in Aid of Arbitration Pursuant to Section 301 Contract, naming the Californian as a defendant. The Union concurrently filed a Motion for Preliminary Injunction.

2. On March 14, after the Californian filed its Opposition, Judge Ishii of the Eastern District of California heard the Union's Motion for Preliminary Injunction. The Court denied the Union's motion, and determined that the arbitrator at the upcoming arbitration had the ability and authority to order appropriate relief, if so decided.

3. The grievance arbitration took place on March 26, 2008, at the Californian's offices in Bakersfield.

4. On April 21, the arbitrator issued its decision and denied the Union's grievance in its entirety.

## STIPULATION

Based on the foregoing, the parties stipulate and agree as follows:

1. Because the Court has already denied the Union's request for injunction, and the arbitrator has denied the Union's grievance, no further relief may be had on the Union's Complaint.

2. This action is voluntarily dismissed with prejudice pursuant to FRCP Rule 41. This stipulation for dismissal with prejudice is entered into to preclude the refiling of any of the claims

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
Twentieth Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND PROPOSED ORDER FOR DISMISSAL   2.   CASE NO. 08-CV-00302-AWI-TAG

brought by the Union. Other than as may be necessary to effect claim preclusion, neither this stipulation for dismissal with prejudice nor any Order entered by the Court approving this Stipulation shall constitute a judgment.

3. All dates, including but not limited to the status conference currently scheduled for June 4, 2008, shall be removed from the Court's calendar.

4. The Union shall take nothing as against the Californian, with the Californian to recover its costs.

//

//

//

4. Each attorney executing this stipulation on behalf of a party warrants that he or she has the authority to do so.

**IT IS SO STIPULATED**

Dated: May __, 2008

_____
DAVID S. DURHAM
LITTLER MENDELSON
Attorneys for Defendant
THE BAKERSFIELD CALIFORNIAN

Dated: May __, 2008

_____
IRA LAWRENCE GOTTLIEB
BUSH QUINONEZ, ET AL.
Attorney for Plaintiff
GRAPHIC COMMUNICATIONS

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
Twentieth Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND PROPOSED ORDER FOR DISMISSAL   3.   CASE NO. 08-CV-00302-AWI-TAG

## ORDER

The parties seek dismissal of this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  Rule 41(a)(1), in relevant part, reads:

> an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, except that a notice of dismissal operates as an adjudication upon the merits when filed by a plaintiff who has once dismissed in any court of the United States or of any state an action based on or including the same claim.

Rule 41(a)(1)(ii) thus allows the parties to dismiss an action voluntarily, after service of an answer, by filing a written stipulation to dismiss signed by all of the parties who have appeared, although an oral stipulation in open court will also suffice.  Carter v. Beverly Hills Sav. & Loan Asso., 884 F.2d 1186, 1191 (9th Cir. 1989); Eitel v. McCool, 782 F.2d 1470, 1472-73 (9th Cir. 1986).  Once the stipulation between the parties who have appeared is properly filed or made in open court, no order of the court is necessary to effectuate dismissal.  Fed. R. Civ. Pro. 41(a)(1)(ii); Eitel, 782 F.2d at 1473 n.4.  Because Plaintiff has filed a stipulation for dismissal with prejudice as to all parties under Rule 41(a)(1)(ii) that is signed by all parties who have made an appearance, this case has terminated.  See Fed. R. Civ. Pro. 41(a)(1)(ii); In re Wolf, 842 F.2d at 466; Gardiner, 747 F.2d at 1189; see also Gambale, 377 F.3d at 139; Commercial Space Mgmt, 193 F.3d at 1077; cf. Wilson, 111 F.3d at 692.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
Twentieth Floor
San Francisco, CA  94108.2693
415.433.1940

**STIPULATION AND PROPOSED ORDER FOR DISMISSAL**     4.     CASE NO.  08-CV-00302-AWI-TAG

**IT IS ORDERED, ADJUDGED AND DECREED** that:

1. The Clerk of the court is DIRECTED to close this file.
2. The above-captioned action is hereby dismissed with prejudice in its entirety.
3. The Union shall take nothing as against the Californian, with the Californian to recover its costs.

IT IS SO ORDERED.

**Dated:   May 27, 2008**                      /s/ Anthony W. Ishii

UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
Twentieth Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION AND PROPOSED ORDER FOR DISMISSAL         5.         CASE NO. 08-CV-00302-AWI-TAG